LAW LIBRARY

NO. 30555

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

IKAIKA BUILDERS, INC., Petitioner,

vs.

LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD; JAMES C. CARVALHO; FIRST INSURANCE COMPANY OF HAWAII, LTD.; and SPECIAL COMPENSATION FUND, Respondents.

ORIGINAL PROCEEDING
(CASE NO. AB 2008-082)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the July 2, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, July 15, 2010.